UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ASCOT INSURANCE COMPANY

CIVIL ACTION NO.

22-2874, 22-2966
AND 22-2979

VERSUS

AMERICAN RIVER TRANSPORTATION
COMPANY, LLC D/B/A ARTCO
FLEETING SERVICES

DEPOSITION OF NICHOLAS CURRAULT TAKEN AT THE LAW OFFICES OF ADAM DAVIS, 909 POYDRAS STREET, SUITE 2325, NEW ORLEANS, LOUISIANA, ON THE 9TH DAY OF AUGUST, 2023, COMMENCING AT 10:13 A.M. AND CONCLUDING AT 1:31 P.M.

REPORTED BY:

RUBY M. WALLEN
CERTIFIED COURT REPORTER

CERTIFIED TRANSCRIPT

AdvancedONE LEGAL is now LEXITAS™

EXHIBIT
G

**answer, and I will try to do the same with you. But sometimes I mess up, too.**

A. Okay. Yes.

**Q. Have you taken anything or consumed anything that would impact your ability to answer truthfully today the questions that I ask?**

A. No, ma'am.

**Q. Would you please state your full name for the record?**

A. Nicholas Alex Currault, II.

**Q. You told me earlier that you don't go by Nick. You go by Nicholas?**

A. Yes.

**Q. Who is Nicholas Currault, I?**

A. That would be my great-great grandfather.

**Q. Could you please state your home address?**

A. 5246 Highway 1, Raceland, Louisiana.

**Q. When is your date of birth?**

A. 4-7 of '97.

**Q. What is your highest level of education?**

A. High school diploma.

**Q. Where did you go to high school?**

everything in that nature on it.

**Q. When did you receive your tankerman license? Is that when you finished Lafourche Mariner?**

A. Delgado.

**Q. So would that have been in 2017?**

A. Yes. Yes, ma'am.

**Q. When did you receive your master of towing license?**

A. That is a process you have to take. So I was a steersman first. That would have been in 2018. And then I became a master I think late 2019.

**Q. Describe the process of getting your master of towing license.**

A. You got to hold time so long for being a deckhand. Then you go through the school, get your steersman. You got to hold so much time of being a steersman. Then you got to hold the master after I think it is like a year and a half. It is a, it is a long process.

**Q. At the time of Hurricane Ida in August of 2021, I assume you held your master of towing --**

A. Yes.

**Q. -- based on the timeline?**

A. Yes.

barge and the ferry.

**Q. Okay. Let me just play the video.**

(Playing video.)

"Troy, get out your phone and video this. This is the second hitting that it is going to do to us."

THE WITNESS:

So I even said the second hitting on that one.

BY MS. KELLEY:

**Q. Yeah. So okay. So it stopped at 28 seconds. You say it is the second hitting.**

A. Yeah. And if you look at the video close, you can see that them barges do not have soft lines. They got cables, but they do not have enough soft lines or anything like that. You can see in my videos that I have enough lines on my barges. But that should never have passed. I can tell you that right now, as I sit here.

**Q. So did you observe the lines on every barge?**

A. Oh. Yeah.

**Q. Let me ask the question and then you can answer. Tell me if I'm right or wrong.**

**Did you observe the lines on every**

**fitting on this barge?**

A. Yes. You could see it in the video.

**Q. Okay. Because I only see one side of the barge here. So you were able --**

A. Yes.

**Q. -- to observe the other side of the barge?**

A. Not the other side. But you could see the one side. I mean, the barges get tied up on the sides. You know. And they only had on that barge, I am 99 percent sure on that barge, all they had was a two-part cable on the stern and a two-part cable on the bow. They did not have a single soft line coming from that barge.

**Q. But you testified that you weren't able to observe the other side of the barge. Right?**

A. No. I was not.

**Q. Okay. Let me play it.**

MR. DAVIS:

The time stamp on the video is 11:18.

(Playing video.)

"It is supposed to be tied up with the rest of them."

MS. KELLEY:

I don't remember if you say anything