UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ASCOT INSURANCE COMPANY

CIVIL ACTION NO.

22-2874, 22-2966
AND 22-2979

VERSUS

AMERICAN RIVER TRANSPORTATION COMPANY, LLC D/B/A ARTCO FLEETING SERVICES

DEPOSITION OF ANDRE CURRAULT, TAKEN AT THE LAW OFFICES OF ADAM LEWIS, 909 POYDRAS STREET, SUITE 2325, NEW ORLEANS, LOUISIANA, ON THE 9TH DAY OF AUGUST, 2023, COMMENCING AT 1:35 P.M. AND CONCLUDING AT 2:25 P.M.

REPORTED BY:

RUBY M. WALLEN
CERTIFIED COURT REPORTER

CERTIFIED TRANSCRIPT

AdvancedONE LEGAL is now LEXITAS™

EXHIBIT
H

**Q. Have you taken anything to today that would impair your memory or your ability to answer these questions?**
A. No, ma'am.
**Q. Have you been deposed before?**
A. No, ma'am.
**Q. Could you state your full name for the record?**
A. Yes, ma'am. Andre Currault.
MR. BARNETT:
How do you spell the last name, please?
THE WITNESS:
C-U-R-R-A-U-L-T.
MR. BARNETT:
Thank you.
BY MS. KELLEY:
**Q. Andre, when is your birthday?**
A. 09-21-2000.
**Q. What is your current home address?**
A. 10017 River Road, St. Rose, Louisiana 70089.
**Q. What is your highest level of education?**
A. GED.

to school for my steersman.

**Q. Where did you go to school for your steersman?**

A. At Sea School in Bayou La Batre, Alabama.

**Q. What is it called, Sea School?**

A. Yes, ma'am.

**Q. S-E-A School. When did you go to Sea School?**

A. August of 2022.

**Q. When did you graduate?**

A. At the end of the August. It was 28 days.

**Q. What is STCW?**

A. Pretty much my MMTs. First aid, CPR, water survival. Basic firefighting.

**Q. I mean, do you have any other mariner's credentials besides those we just talked about?**

A. No, ma'am.

**Q. Who are you currently employed by?**

A. Currently I am working with my dad at Lower River Ship Service.

**Q. Your dad is Mr. Troy?**

A. Yes, ma'am.

A. No, ma'am.

**Q. But you said they came from upriver to downriver. Right?**

A. Yes, ma'am.

**Q. Do you have personal knowledge of whether a root cause analysis was performed on any of the damage to any of Lower River's property after the storm?**

MR. DAVIS:

Objection. Form.

THE WITNESS:

Ask that again.

BY MS. KELLEY:

**Q. Do you have any personal knowledge of whether a root cause analysis was performed on the damage to Lower River's property after the storm?**

A. Can you specify what that is?

**Q. Yeah. Did, to your knowledge, did Lower River do any sort of like investigation, written investigation into the cause of the damage of its barges?**

MR. DAVIS:

Objection. Form.

THE WITNESS:

No, ma'am.

BY MS. KELLEY:

**Q. No, you don't know or no, it didn't happen, to your knowledge?**

A. No. I don't know.

**Q. Did you see any barges strike Lower River's dolphin?**

A. Yes, ma'am.

**Q. Do you recall how many?**

A. No. No, ma'am. The two barges that was behind the HIAWATHA that hit it.

**Q. Did you become aware that the HIAWATHA crew abandoned their vessel during the storm?**

A. Yes, ma'am.

**Q. Did you know that was happening during the storm or did you learn that after?**

A. No. I was aware of it during the storm, because they lost all power.

**Q. Did they radio? Is that how you found out?**

A. Yeah. They radioed us on our radio channel.

**Q. And they lost all power. Do you remember what they said on the radio?**

A. Water got in their fuel tanks.

**Q. Did they say like what they were**